UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MALVIN D. HAYS, | ) NO. CV 08-3058 SGL (FFM) |
| Petitioner, | ) ORDER ADOPTING FINDINGS, CONCLUSIONS AND |
| v. | ) RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| W. J. SULLIVAN, WARDEN, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing the Petition with prejudice.

DATED:  August 11, 2009

_____
STEPHEN G. LARSON
United States District Judge