UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MALVIN D. HAYS, | ) | NO. CV 08-3058 SGL (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| W. J. SULLIVAN, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 11, 2009

_____
STEPHEN G. LARSON
United States District Judge